[915 NE2d 1165, 886 NYS2d 868]

MICHAEL JAGLOM et al., Respondents, v INSURANCE COMPANY OF GREATER NEW YORK, Appellant.

Decided September 15, 2009

APPEARANCES OF COUNSEL

*Thomas D. Hughes,* New York City, for appellant.

*Ohrenstein & Brown, LLP,* Garden City (*Michael D. Brown* of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs, and the certified question answered in the affirmative. Questions of fact exist whether plaintiffs had a reasonable good-faith belief that the tenants in an underlying libel action against them would not seek to hold them liable, precluding dismissal of their action against the insurer (*see Argentina v Otsego Mut. Fire Ins. Co.,* 86 NY2d 748, 750 [1995]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, etc.